■ In the Matter of the Estate of JANICE RUNKLE, Deceased. DIANE R. RAMIREZ, Appellant; NEW YORK RACING ASSOCIATION, Respondent.—Order of the Surrogate's Court, Nassau County, dated July 9, 1985, affirmed, with costs payable by the estate of Janice Runkle, for reasons stated by Surrogate Radigan in his memorandum decision dated June 19, 1985. Lazer, J. P., Mangano, Lawrence and Eiber, JJ., concur.